■ PEARL SIMOR, Appellant, v. GEORGE SIMOR, Respondent.— Judgment entered October 7, 1969, unanimously modified on the law and in the exercise of discretion to direct payment to plaintiff of an additional counsel fee of $250 for services rendered in the matrimonial action, and otherwise affirmed, without costs and without disbursements (Domestic Relations Law, § 237). Plaintiff had requested an additional fee and it appears that the services rendered justify the additional amount. Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ.